UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-03776-AH-(SSCx) | Date | June 1, 2026 |
| Title | *Threeleaf Enterprises LLC et al. v. Vincent Mehdizadeh et al.* | | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER STRIKING JOINT EXHIBIT LIST (DKT. NO. 44), ORDERING PARTIES TO FILE REQUIRED TRIAL FILINGS, AND CONTINUING FINAL PRETRIAL CONFERENCE, AND ORDER TO SHOW CAUSE RE MONETARY SANCTIONS**

The Court is in receipt of Plaintiffs' memorandum of contentions of fact and law, a joint exhibit list, proposed jury instructions, a joint witness list, and proposed voir dire questions. Dkt. Nos. 43, 49-52. However, Defendants did not file a memorandum of contentions of fact and law, and the parties did not file a joint statement of the case, proposed verdict form, a joint status report regarding settlement,[1] or a proposed pretrial order as required by the scheduling order. *See* Dkt. No. 37 at 25. Additionally, the stipulation and objections of the joint exhibit list are marked "TBD" for each exhibit, except for Exhibit 16, for which the stipulation column is marked "N/A." Dkt. No. 49 at 2-4. Thus, this filing is not in compliance with the requirements of the scheduling order. *See* Dkt. No. 37 at 17-18. Accordingly, the Court **STRIKES** the joint exhibit list. Dkt. No. 44.

---

[1] The Court notes that a settlement conference was held on May 20, 2026. Dkt. No. 55. The minutes of that conference were entered on the docket, indicating that no settlement was reached. Dkt. No. 56.

The deadline for the parties to file all final pretrial conference documents was May 27, 2026.  In light of the missed deadline, the Court hereby continues the Final Pretrial Conference currently set for June 10, 2026 to **June 18, 2026 at 1:30 p.m.**  The parties are ordered to meet and confer and file by **June 10, 2026**, either: (1) all required/corrected trial filings, (2) a joint stipulation to continue the trial for good cause, or (3) a joint statement advising the Court as to the status of the case that explains why no new trial date should be set (e.g. a notice of settlement).  Failure to timely and adequately respond to this Order may result in dismissal of this action without further notice.

The parties previously failed to comply with the Court's order regarding the filing of Final Pretrial Conference documents.  *See* Dkt. No. 47.  The Court additionally issues an order to show cause re why the Court should not impose monetary sanctions in the amount of $1,500 for the parties' continued failure to abide by the Court's orders.  A written response to the OSC shall also be filed by **June 10, 2026**.  Failure to properly or timely respond will result in the imposition of monetary sanctions without further notice or order of the Court.

**IT IS SO ORDERED.**